PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Santos-Nuez, Geronimo                              Cr.: 02-CR00137

Name of Sentencing Judicial Officer: Joel A. Pisano

Date of Original Sentence: 07/02/02

Original Offense: Conspiracy to Distribute Cocaine

Original Sentence: 37 Months Imprisonment; 4 Years Supervised Release

Type of Supervision: Supervised Release              Date Supervision Commenced: 06/18/04

Assistant U.S. Attorney: Lee Vilker                   Defense Attorney: Joshua Markowitz

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|   | On November 14, 2005, the offender was arrested by Immigration and Customs Enforcement (ICE) for illegal re-entry into the United States. Specifically, ICE agents received information from a source that Santos would be in the vicinity of West 33rd Street and 11th Avenue, New York, New York, on November 14, 2005. Agents identified Santos from a file photo, subsequent fingerprints confirmed this was the offender who was previously deported from the United States. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Leslie M. Vargas
U.S. Probation Officer
Date: 02/01/06


THE COURT ORDERS:

- [x] The Issuance of a Warrant
- [ ] The Issuance of a Summons. Date of Hearing: _____
- [ ] No Action
- [ ] Other

_____
Signature of Judicial Officer

3/7/06
_____
Date